U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 2808
Gail Goldberg v. Ernest J. Ojeda
and Beverly V. Ojeda

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gail Goldberg

| |
|---|
| NAME (Type or print)<br>Stuart Gimbel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Stuart Gimbel |
| FIRM<br>Kamensky Rubinstein Hochman & Delott, LLP |
| STREET ADDRESS<br>7250 N. Cicero Ave., Suite 200 |
| CITY/STATE/ZIP<br>Lincolnwood, Illinois 60712-1693 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6194321 | (847) 982-1776 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | X | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | X | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | X | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |