IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAIL GOLDBERG,<br><br>        Plaintiff,<br><br>        v.<br><br>ERNEST J. OJEDA,<br>BEVERLY V. OJEDA,<br><br>        Defendants. | Judge Joan B. Gottschall<br>Case No.:  08 C 2808 |

## NOTICE OF MOTION

To:    Carolina Y. Sales, Esq.
        Paul M. Bauch, Esq.
        Bauch & Michaels, LLC
        53 W. Jackson Blvd., Suite 1115
        Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Thursday, June 26, 2008 at 9:30 a.m., we shall appear before the Honorable Joan B. Gottschall, 219 S. Dearborn, Room 2325, Chicago, Illinois 60604 and then and there present Plaintiff's *Agreed Motion to Set Briefing Schedule*, a copy of which is being served upon you.

June 18, 2008

Respectfully submitted,

**GAIL GOLDBERG**

/s/ Alon Stein
One of Her Attorney

Joseph L. Matz, Esq. (1797093)
Alon Stein, Esq. (6194321)
KAMENSKY RUBINSTEIN HOCHMAN
   & DELOTT, LLP
7250 N. Cicero Ave., Suite 200
Lincolnwood, Illinois 60712-1693
(847) 982-1776

IN THE UNITED STATES DISTRCT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAIL GOLDBERG,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ERNEST J. OJEDA,<br>BEVERLY V. OJEDA,<br>　　　　Defendants. | )<br>)　Judge Joan B. Gottschall<br>)　Case No. : 08 C 2808<br>)<br>)<br>)<br>)<br>) |

## AGREED MOTION
## TO SET BRIEFING SCHEDULE

Plaintiff, Gail Goldberg ("Goldberg"), by her attorneys, Stuart Gimbel, Joseph Matz, and Alon Stein, for her Agreed Motion For Briefing Schedule states the following:

1. The transcripts from the February 25-27, 2008 trial heard before Bankruptcy Court Judge John H. Squires were docketed with the District Court on June 16, 2008, completing the Record for the purposes of this appeal.

2. The parties have agreed to the attached briefing schedule in lieu of the deadlines provided in Bankruptcy Rule 8009.

3. Accordingly, Goldberg requests that this Court enter the Agreed Briefing Schedule Order, attached as Exhibit "A." In addition, the parties request that the Court allow them to check out the record on appeal from the clerk's office.

**WHEREFORE**, Goldberg prays that this Court enter the Agreed Briefing Schedule Order, attached as Exhibit "A."

Joseph L. Matz (1797093)　　　　　　　　　　　Respectfully submitted,
Stuart Gimbel (6194321)
Alon Stein (6278515)　　　　　　　　　　　　　**GAIL GOLDBERG**
KAMENSKY RUBINSTEIN
HOCHMAN & DELOTT, LLP　　　　　　　　　s/s Alon Stein
7250 N. Cicero Avenue, Ste. 200　　　　　　　　One of her attorneys
Lincolnwood, Illinois 60712
(847) 982-1776

IN THE UNITED STATES DISTRCT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAIL GOLDBERG,     Plaintiff, | )))) Case No. : 08 C 2808 |
| v. | )) |
| ERNEST J. OJEDA,BEVERLY V. OJEDA,     Defendants. | ))) |

## BRIEFING SCHEDULE ORDER

This matter having come to be heard on the Plaintiff's Agreed Motion To Set Briefing Schedule, due notice having been given and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. Appellant shall have until July 25, 2008 to file and serve her Opening Brief.

2. Appellees shall have until August 26, 2008 to file and serve their Response Brief.

3. Appellant shall have until September 26, 2008 to file and serve her Reply Brief.

4. The clerk of the court shall allow the parties to check out the record on appeal.

                                                                            _____
                                                                            Judge Joan B. Gottschall
                                                                            United States District Judge

Dated:
Prepared by:
Alon Stein (6278515)
Kamensky Rubinstein, Hochman & Delott, LLP
7250 North Cicero Avenue, Suite 200
Lincolnwood, Illinois 60712
(847) 982-1776

2

.

## CERTIFICATE OF SERVICE

Alon Stein, an attorney, on oath, certifies that he caused a copy of this **AGREED MOTION FOR BRIEFING SCHEDULE** to be served upon counsel of record below electronically:

>Carolina Y. Sales, Esq.
>Paul M. Bauch, Esq.
>Bauch & Michaels, LLC
>53 W. Jackson Blvd., Suite 1115
>Chicago, Illinois 60604

this 18th day of June, 2008.

s/s <u>Alon Stein</u>