## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Gail Goldberg
                      Plaintiff,

v.
                                            Case No.: 1:08–cv–02808
                                            Honorable Joan B. Gottschall

Ernest J Ojeda, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2008:

       MINUTE entry before the Honorable Joan B. Gottschall: Minute entry #12 is amended to include the following: The Clerk of the Court shall allow the parties to check out the record on appeal from the Clerk's office. Remaining parts of order to stand. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.