**FILED**

JUN 1 4 2008 JH
Jun 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
For the Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| Goldberg | } | Case No. 08-cv-02808 |
| | } | |
| vs. | } | Judge: Joan B. Gottschall |
| Ojeda, et al | } | |
| | } | |

## Notice of Removal of Material

## From the Custody of the Clerk's Office

The following item(s) was/were removed from the custody of the Clerk's Office by the undersigned, who is representing (defendant) Per court order of July 11, 2008,

Doc.# 1 - Appeal from Bankruptcy Court with transmittal letter and copy of docket sheet, case number 07 A 192/ 07 B 22

Doc.# 2 - Civil Cover Sheet

Doc.# 3 - Exhibits by plaintiff Gail Goldberg regarding bankruptcy appeal. (Document not scanned)

Doc.# 10 - SUPPLEMENT to bankruptcy appeal, consisting of 3 volumes of transcripts. (Document not scanned).

**Describe:**

I, _Sonserese Hatch_, am authorized to remove the above described
(Print Name)

document(s) from the court.

Signature: _Sonserese Hatch_   Firm: _Bauch & Michaels, LLC_
                                      _312-588-5000_

By: _Jacquelline Halliman_   Date: _7/14/08_
Deputy Clerk