**UNITED STATES DISTRICT COURT**
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK

GOLDBERG

v.

OJEDA, ET AL

Case NO. 08cv2808

**FILED**
Jul 15, 2008
JUL 15, 2008 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF RETURN
OF MATERIAL TO THE
CUSTODY OF THE CLERK'S OFFICE**

The following item(s) were returned to the custody of the Clerk's Office by the undersigned, who is representing the (Defendant)

Doc.#1 - Appeal from U.S. Bankruptcy Court with transmittal letter and copy of docket sheet, case number 07 A 192 /07 B 22
Doc.#2 - Civil Cover Sheet
Doc.# 3 - Exhibits by Plaintiff Gail Goldberg regarding bankruptcy appeal.
Doc. #10 - Supplement to bankruptcy appeal consisting of three volumes of transcripts.

Returned by: *Sonserese Hatch*

Signature: *[signature]*         Date: 7/15/2008

Michael W. Dobbins
Court Administrator

(Nret.frm - Rev. 03/97)