IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| IN RE: ERNEST J. OJEDA and BEVERLY V. OJEDA,  )<br>)<br>Debtors.  )<br>_____)<br>GAIL GOLDBERG  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>ERNEST J. OJEDA & BEVERLY V. OJEDA,  )<br>)<br>Defendants.  )<br>)<br>) | Case No. 08 CV 2808<br><br>Chapter 7<br><br>Honorable Joan B. Gottschall<br><br>Magistrate Judge Sidney I. Schenkier<br><br>Bankr. No 07 B 00022<br>Adv. No. 07 A 00192<br><br>Appeal from the Honorable Judge John H. Squires |

**NOTICE OF FILING**

To:   Stuart Gimbel & Alon Stein
      Kamensky Rubinstein Hochman & Delott, LLP
      725 N. Cicero Ave., Suite 200
      Lincolnwood, IL  60712

   PLEASE TAKE NOTICE that on August 26, 2008 we filed with the Clerk of the United States District Court for the Northern District of Illinois *Appellees' Response Brief* on behalf of Ernest and Beverly Ojeda, a copy of which is hereby served upon you.

                                    /s/ Paul M. Bauch
                                    _____

Paul M. Bauch (ARDC # 6196619)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
Office: (312) 588-5000
Fax: (312) 427-5709

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on August 26, 2008, we caused this document to be served upon the persons identified above or on the attached service list by electronically delivering a copy through the Court's CM/ECF filing system.

    /s/ Paul M. Bauch